AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| UNITED HERITAGE CO. LTD. <br><br> *Plaintiff(s)* <br> v. <br> GARY SHIRNYAN AKA IGOR SEYRANOV, MORA WEALTH MANAGEMENT <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 20-CV-102-S |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GARY SHIRNYAN
a.k.a. Igor Seyranov
5632 Van Nuys Blvd #622
Van Nuys, CA 91403

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jason M. Tangeman
Nicholas & Tangeman, LLC
170 N. Fifth Street, P.O. Box 928
Laramie, WY 82073-0928
(307) 742-7140

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  6/29/2020

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-CV-102-S

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
United States District Court for the District of Wyoming

| | |
|---|---|
| **United Hertiage Co. Ltd.** ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 20-CV-102-S |
| **Gary Shirnyan AKA Igor Seyranov, Mora Wealth Management** ) | |
| *Defendant* ) | |

## AFFIDAVIT OF SERVICE

I, Julio Ascorra, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Gary Shirnyan aka Igor Seyranov in Los Angeles County, CA on July 29, 2020 at 7:01 pm at 27673 Weeping Willow Drive, Valencia, CA 91354 by residential substituted service by leaving the documents at the usual place of abode of Gary Shirnyan aka Igor Seyranov with Yuri Doe who is the Brother of Gary Shirnyan aka Igor Seyranov and whose age is 18 years or older.

Summons
Complaint

Additional Description:
Subserved

White Male, est. age 45, glasses: N, Black hair, 220 lbs to 240 lbs, 5' 6" to 5' 9".
Geolocation of Serve: http://maps.google.com/maps?q=34.4421681788,-118.5556496624
Photograph: See Exhibit 1

Scanned with CamScanner

_[signature]_
Signature
Julio Ascorra
(818) 564-5752

Subscribed and sworn to before me this __31__ day of __July__, __2020__ by
__Kimberly Lisa Teager - Notary Public__
Witness my hand and official seal.

My commission expires: __6-28-2020__

_[signature]_
Notary Public

KIMBERLY LISA TEAGER
Notary Public - California
Los Angeles County
Commission # 2158494
My Comm. Expires Jun 28, 2020

The notary commission extended
pursuant to Executive Order N-63-20

Scanned with CamScanner

# Exhibit 1

Exhibit 1a)



Scanned with CamScanner