FILED



4:01 pm, 9/3/20

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED HERITAGE CO. LTD,<br><br>    Plaintiff,<br><br>vs.<br><br>GARY SHIRNYAN, also known as Igor Seyranov,<br><br>    Defendant. | Case No.  2:20-CV-102-SWS |

## CLERK'S ENTRY OF DEFAULT

Plaintiff requests an entry of default under Fed. R. Civ. P. 55(a) against Defendant Gary Shirnyan.  Proof of service has been shown in the record, and Defendant Gary Shirnyan has failed to timely answer or otherwise defend against the allegations as required by Fed. R. Civ. P. 12(a)(1)(A)(i).  Therefore, an entry of default is appropriate.

DEFAULT IS HEREBY ENTERED against Defendant Gary Shirnyan pursuant to Fed. R. Civ. P. 55(a).

DATED: September 3, 2020.

                                                     Margaret Botkins,
                                                     Clerk of Court

                                                     By:_____
                                                         Deputy Clerk